UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOAN BAKER,

    Plaintiff,

v.                                               Case No: 8:23-cv-2434-WFJ-SPF

SANOFI-AVENTIS U.S. LLC and
SANOFI US SERVICES INC,

    Defendants.
_____/

## O R D E R

The Court has been advised by **Joint Notice of Pending Settlement (Dkt. 50)** that the above-styled action has likely been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby administratively closed and within <u>six (6) months</u> of the date of this order, up to and including September 26, 2025, the parties may submit a stipulated form of final order or judgment should they so choose, or any party may reopen the action upon notice and motion. After that six-month period, however, this matter will be dismissed with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to **ADMINISTRATIVELY CLOSE** the file.

**DONE** and **ORDERED** in Tampa, Florida on March 27, 2025.

                                                         s/*William F. Jung*
                                                         **WILLIAM F. JUNG**
                                                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record